JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

JS-6

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>MARCUS LEVIAS,<br><br>            Defendant | No. CV 13-01994-CAS(PLAx)<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States of America, against Defendant, Marcus Levias, in the principal amount of $1,914.65 plus interest accrued to March 13, 2013, in the sum of $3,793.45; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $87.00, for a total amount of $**5,795.10**.

DATED: July 22, 2013        By:_____
                                Honorable Christina A. Snyder
                                United States District Judge